```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ANTHONY RAYKEM SIDNEY,               :
                                     :
               Plaintiff,            :
                                     :
       -v-                           :        10 Civ. 190 (JSR)
                                     :
OFFICER MAXIMO PALANCO,              :             ORDER
                                     :
               Defendant.            :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-3-10

JED S. RAKOFF, U.S.D.J.

On May 17, 2010, the Honorable Theodore H. Katz, United States Magistrate Judge, issued a Report and Recommendation ("Report") in the above-captioned matter recommending that the Court dismiss plaintiff's complaint without prejudice for failure to timely effect service of process and failure to keep the Court apprised of his mailing address.

Neither of the parties has filed any objection to the Report, and, for that reason alone, the parties have waived any right to further appellate review. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002); Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162, 174 (2d Cir. 2000). Accordingly, the Court hereby adopts the Report, and, for the reasons stated therein, dismisses the complaint without prejudice.

SO ORDERED.

Dated: New York, NY
       June 2, 2010

_____
JED S. RAKOFF, U.S.D.J.